COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Mrs. W. W. TURNEY, Respondent.

No. 7791.

Circuit Court of Appeals, Fifth Circuit.

March 7, 1936.

J. P. Jackson and Sewall Key, Sp. Assts. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and Phillip A. Bayer, Sp. Atty.. Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Nelson Phillips, of Dallas, Tex., for respondent.

Before FOSTER, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

The above-entitled cause is by stipulation to abide the result in Commissioner of Internal Revenue v. W. W. Turney (C.C.A.) 82 F.(2d) 661, this day decided.

The petition for review in the above-entitled cause is therefore denied.

HUTCHESON, Circuit Judge, dissenting.